**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBERT KELLER,

    Plaintiff,

v.                                Case No: 8:21-cv-1286-JSM-SPF

HARLEY DAVIDSON FINANCIAL
SERVICES, INC.,

    Defendant.
_____

## ORDER

The Court has been advised via a Notice of Settlement as to Defendant Harley Davidson Financial Services, Inc. (Dkt. 34) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Defendant Harley Davidson Financial Services, Inc. and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Defendant Harley Davidson Financial Services, Inc. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of March, 2022.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record